**2006–0503. In re Foster.**
Cuyahoga App. No. 85716, 2006-Ohio-88. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issues stated in the court of appeals' Journal Entry filed February 10, 2006:
1. "Whether a reasonable efforts determination is required in motions for permanent custody filed pursuant to R.C. 2151.413?"
2. "Whether a trial court abuses its discretion by denying a request for an in camera interview in a permanent custody determination when there is nothing in the record to indicate that having the children testify would have been detrimental to them or that they did not desire to testify?"
MOYER, C.J., would certify a conflict as to the first issue only.
O'DONNELL, J., dissents.
As to the first issue, the conflict cases are: *In re Stevens* (July 16, 1993), Montgomery App. No. 13523; *In re Lawson/Reid Children* (Apr. 18, 1997), Clark App. No. 96–CA–0010; *In re Cook*, Seneca App. No. 13–02–29, 2003-Ohio-868; *In re Efaw* (Apr. 21, 1998), Athens App. No. 97CA49; *In re Leitwein*, Hocking App. No. 03CA18, 2004-Ohio-1296; *In re Guisinger* (May 31, 1994), Stark App. No. CA–9478; *In re Elliot*, Jefferson App. Nos. 03JE30 and 03JE33, 2004-Ohio-388; *In re C.W.*, Summit App. No. 22820, 2005-Ohio-6739; *In re Moore* (Dec. 15, 1999), Summit App. No. 19217; *In re S.S.*, Franklin App. No. 05AP–204, 2005-Ohio-4282; *In re S.P.*, Butler App. No. CA2004–10–255, 2005-Ohio-1079; *In re A.C.*, Clermont App. No. CA2004–05–041, 2004-Ohio-5531; and *In re T.T.*, Butler App. Nos. CA2004–07–175 and CA2004–08–198, 2005-Ohio-240.
As to the second issue, the conflict cases are: *In re Beresh Children*, Stark App. No. 2003CA00089, 2003-Ohio-4898; *In re Sunderman/Daniels Minor Children*, Stark App. No. 2004CA00093, 2004-Ohio-

4608; *In re D.M.*, Summit App. Nos. 22732 and 22749, 2005-Ohio-6740; and *In re Funk*, Portage App. Nos. 2002–P–0035 and 2002–P–0036, 2002-Ohio-4958.